IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CALVIN HUNTER,                          )
                                        )
                    Petitioner,         )
                                        )
vs.                                     )    CIVIL ACTION NO. 2:03cv763-A
                                        )
WILLIE THOMAS, et al.,                  )
                                        )
                    Respondents.        )

## MEMORANDUM OPINION AND ORDER

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #12)

that this 28 U.S.C. § 2254 petition for habeas corpus relief be denied, together with Petitioner's

Objections to Report and Recommendation (Doc. #15).  Following an independent evaluation

and *de novo* review by the undersigned (who is no relation to the Petitioner's trial counsel) and

all other contents of the file, the court finds the objections to be without merit.  The objections

essentially reassert the arguments presented to the Magistrate Judge.  The court agrees with the

legal analysis and the conclusions contained in the well-reasoned Recommendation, and the

Recommendation is hereby ADOPTED.  Therefore, it is hereby

ORDERED that Petitioner's objections are OVERRULED, and this petition for habeas

corpus relief is DENIED.  Final Judgment will be entered accordingly.

DONE this 13th day of December, 2005.

 /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE